IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MATTHEW MINOR,<br>(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")<br>    Defendant. | :<br>:<br>:<br>:<br>: Criminal Action No. 08-105<br>:<br>: SEALED (unsealed on 7/22/08) RPG<br>: |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            By: _/s/ Ilana H. Eisenstein_____
                                                Ilana H. Eisenstein
                                                Assistant United States Attorney

Dated: July 10, 2008

       **AND NOW**, to wit, this 10th day of July, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of this Court.

                                                  _____
                                                  Honorable Leonard P. Stark
                                                  United States Magistrate Judge