


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　v.<br><br>MATTHEW MINOR,<br>(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")<br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Criminal Action No. 08-105<br>:<br>: SEALED<br>: (Unsealed on 7/22/08 RPG) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

From on or about April 2006, through on or about September 19, 2006, in the State and District of Delaware, and elsewhere, MATTHEW MINOR, defendant herein, did knowingly conspire with persons known and unknown to the Grand Jury to distribute more than five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, a violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code Section 846.

### Count Two

From on or about April 2006, through on or about September 19, 2006, in the State and District of Delaware, and elsewhere, MATTHEW MINOR, defendant herein, did knowingly conspire with persons known and unknown to the Grand Jury to distribute more than fifty (50) kilograms of marijuana, a controlled substance, a violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code Section 846.

    i.       All that lot or parcel of land known as 32 Westminster Avenue, Penns Grove, New Jersey;

    j.       All that lot or parcel of land known as 32 Walnut Street, Penns Grove, New Jersey;

    k.      A Bank of America account; account number 3830 0058 7732;

    l.       A Bank of America account; account number 3832 799557

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided with difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:

                                                                           _____

COLM F. CONNOLLY  
United States Attorney

BY: _/s/ Ilana H. Eisenstein_  
Ilana H. Eisenstein  
Assistant United States Attorney

Dated: July 10, 2008