(4)

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MATTHEW MINOR,<br>(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Criminal Action No. 08- *105*<br><br>SEALED  *unsealed on 7/22/08 (R/6)* |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Matthew Minor, pursuant to an Indictment returned against him by the Federal Grand Jury on July 10, 2008.

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: July 10, 2008

AND NOW, this *10th* day of *July*, 2008, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Matthew Minor.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge