

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | |
| v. | : | Criminal Action No. 08-105<br>[FILED UNDER SEAL] |
| MATTHEW MINOR,<br>(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")<br>    Defendant. | : | SEALED   Unsealed on 7/22/08 RPG |

**MOTION AND ORDER TO PARTIALLY UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, moves for this Court to partially unseal the Indictment and File in the above-captioned matter in order to permit the Indictment to be referenced in sealed search and seizure warrant affidavits relating to ongoing investigation of the defendant, Matthew Minor. The sealed affidavits will be submitted to the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey. The United States requests that the Indictment and File remain under seal in all other respects.

                                                              COLM F. CONNOLLY
                                                              United States Attorney

                                                         By: /s/
                                                          Ilana H. Eisenstein
Dated: July 16, 2008                                          Assistant United States Attorney

        **AND NOW**, to wit, this 17th day of July 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be partially unsealed to permit the Indictment to be referenced in sealed search and seizure warrant affidavits relating to the ongoing investigation of the defendant, Matthew Minor, and which will be submitted to the United States District Court for the Eastern District of Pennsylvania and the United

States District Court for the District of New Jersey. The Indictment and File shall remain under seal in all other respects.

_____
Honorable Leonard P. Stark
United States Magistrate Judge