IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-105 |
| | ) |
| MATTHEW MINOR, | ) |
| (a/k/a "Mustafaa Al-Salafi;" "Staf;" "Mo"), | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   ____ Crime of violence (18 U.S.C. § 3156)

   _X_ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   _X_ Felony, with two prior convictions in above categories

   ____ Minor victim

   ____ Possession/ use of firearm, destructive device or other dangerous weapon

   ____ Failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   _X_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

    __X__ Safety of any other person and the community

    3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924©, or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

    4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of _3_ days (not more than 3).

    5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ © on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 22nd day of July , 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Edward J. McAndrew
Assistant United States Attorney