IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>MATTHEW MINOR,<br>(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")<br>      Defendant. | :<br>:<br>:<br>:  Criminal Action No. 08-105<br>:<br>:<br>:<br>: |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Matthew Minor has been arrested.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: July 22, 2008

AND NOW, this 22nd day of July, 2008, upon the foregoing Motion, it is **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge