IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.:08CR105 |
| ) | |
| MATTHEW MINOR, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, the undersigned, and hereby notices his appearance as legal counsel for the above-named Defendant in the above-styled case. All correspondence should be forwarded to the following:

**Eldridge Suggs, IV**
**The Suggs Law Firm, P.C.**
**100 Peachtree Street**
**Suite 1910**
**Atlanta, GA 30303**

This 23th day of July, 2008.

Respectfully submitted,

_____
Eldridge Suggs, IV
Attorney for Defendant
Georgia Bar # 690807

The Suggs Law Firm, P.C.
100 Peachtree Street
Suite 1910
Atlanta, GA 30303
(404) 522-3770