**The Suggs Law Firm, P.C.**
**100 Peachtree Street**
**Suite 1910**
**Atlanta, Georgia 30303**
**Telephone (404) 522-3770**
**Facsimile (404) 522-3880**

July 23, 2007

Via Email Ronald_Golden@ded.uscourts.gov
The Honorable Judge Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> **Re:   United States v. Matthew Minor**
> **United States District Court Case No.: 08CR105**

Dear Honorable Stark:

I represent Matthew Minor. I was notified of his arrest on July 22, 2008 at approximately at 4:30 P.M. Due to the fact that I will be coming from Atlanta, GA. The arraignment date is short notice for me and as such I am requesting a continuance until Monday, July 28, 2008.

Thank you in advance for any consideration you may give me.

Respectfully submitted.

Eldridge Suggs, IV

ES/tp
xc: File