UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 08-105-UNA |
| vs. ) | |
| ) | |
| **MATTHEW MINOR**, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

WHEREAS, the defendant, **MATTHEW MINOR**, having been scheduled for a detention hearing and arraignment on **7/25/08 at 11:00 a.m.** before the Honorable Leonard P. Stark in Coutroom 2A of the Boggs Federal Building, Wilmington, DE 19801.

WHEREAS, a continuance of the scheduled detention hearing and arraignment having been requested through counsel on 7/23/2008 ( d.i. 10 ).

**IT IS THEREFORE HEREBY ORDERED** that the detention hearing and arraignment of defendant, MATTHEW MINOR, is continued until **7/28/08** at **12:00 p.m.** before the Honorable Leonard P. Stark in Courtroom 2A of the Boggs Federal Building, Wilmington, DE 19801.

DATED: 7/23/2008

_____
**Honorable Leonard P. Stark
U.S. Magistrate Judge**

cc:  United States Attorney
     Defense Counsel
     United States Probation
     United States Marshal Service