IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-105-JJF |
| MATTHEW MINOR | : |
| Defendant. | : |

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana E. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby files the following Bill of Particulars for Forfeiture of Property.

This Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853. The United States hereby gives notice that, in addition to property already listed in the Notice of Forfeiture as directly forfeitable property, the United States is also seeking forfeiture of the following property:

With respect to Counts I and II, all that lot or parcel of land together with its buildings, appurtenances, improvements, attachments and easements located at 75 South Broad Street, Penns Grove, New Jersey, pursuant to 21 U.S.C. § 853.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

DATED: July 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-105-JJF |
| MATTHEW MINOR | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware hereby certify that this 28th day of July 2008, I electronically filed the foregoing Bill of Particulars for Forfeiture with the Clerk of Court using CM/ECF and served a copy via United States mail upon the following:

Eldridge Suggs, IV
The Suggs Law Firm, P.C.
100 Peachtree Street
Suite 1910
Atlanta, Georgia, 30303

/s/ Brandi C. Everett
Brandi C. Everett