AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT RECEIVED

### DISTRICT OF DELAWARE

2008 JUL 11  A 9: 56

UNITED STATES OF AMERICA

U.S. Marshals Service
WILMINGTON DELAWARE

## WARRANT FOR ARREST

v.

MATTHEW MINOR
(a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo")

CASE NUMBER: 08- *10 5*

To:    The United States Marshal
and any Authorized United States Officer

SEALED UNSEALED 7/22/08 KJK

YOU ARE HEREBY COMMANDED to arrest MATTHEW MINOR when and as stated in the  Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

  _X_  Indictment ____Information ___ Complaint ___ Order of court __ Violation Notice __ Probation Violation Petition

*charging the Defendant with conspiring to possess with intent to distribute over 5 kilograms of a mixture or substance containing cocaine and with conspiring to possess with intent to distribute over 50 kilograms of marihuana*

in violation of Title   21   United States Code, Section (s)      841(a)(1)  &  846

Honorable Leonard P. Stark
Name of Issuing Officer

_Leonard P. Star_
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

July 10, 2008    Wilmington, DE
Date and Location

by *Hon. Leonard P. Stark*
Name of Judicial Officer



```
F I L E D

JUL 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 72 S. Broad St., Penns Grove, NJ | | |
| DATE RECEIVED  7/11/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  7/22/08 | Toby M. Conrad    DUSM | _Toby M. C_ |

AO 442 (Rev. 12/85) Warrant for Arrest