## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-105 |
| ) | |
| MATTHEW MINOR, ) | |
| (a/k/a "Mustafaa Al-Salafi;" "Staf;" "Mo"), ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given to the entry of appearance of Edward J. McAndrew as co-counsel for the United States of America in the above-captioned case.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                              By:   /s/ Edward J. McAndrew
                                      Edward J. McAndrew
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1007 Orange Street
                                      Suite 700
                                      Wilmington, Delaware 19899-2046
                                      (302) 573-6227
                                      Ed.mcandrew@usdoj.gov

Dated:   July 28, 2008