DOC # 000003379
FILED, RECORDED, INDEXED
07/28/2008 01:11P
BK: 00076 PG: 00101
Tot.Fee: 50    Pages: 2
SALEM COUNTY CLERK
GILDA T. GILL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-105 |
| MATTHEW MINOR | : TITLE HELD IN THE NAME OF: **MATTHEW MINOR** |
| Defendant. | : |

## NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware against the defendant, Matthew Minor (a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo") by an Indictment seeking the forfeiture of said defendants' interest in the real property listed herein, to the United States pursuant to Title 21, U.S.C. § 853 for violations of Title 21, United States Code Sections 841(a)(1); (b)(1)(A) and (b)(1)(C); all in violation of Title 21, United States Code Section 846.

The record owner of the defendant realty is Matthew Minor by virtue of that certain warranty deed to Matthew Minor, recorded in the public records of Salem County, New Jersey, on April 11, 2007.

The following property to be affected by this suit commonly known as:

> **32 Westminster Avenue, Penns Grove, New Jersey, more particularly described as: Block No. 67; Lot No. 43 & 44 of the**

1

Borough of Penns Grove Tax Map, Deed Book 01273, Pages 00251 through 00255.

The indictment in the above entitled action was filed on July 10, 2008 in the Office of the Clerk of the United States District Court for the District of Delaware.

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
       Ilana H. Eisenstein
       Assistant United States Attorney
       1007 N. Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, Delaware 19899-2046
       (302) 573-6277

Dated: July 25, 2008

The foregoing instrument was acknowledged before me this 25th day of July, 2008.

_____
Barbara D. Lotharp

**BARBARA D. LOTHARP**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires Sept. 8, 2010

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    : Criminal Action No. 08-105

MATTHEW MINOR,

    Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens was sent via United States regular mail on this 28th day of July, 2008, to the following:

Eldridge Suggs IV
The Suggs Law Firm, P.C.
100 Peachtree Street
Atlanta, GA 30303

BY: _____
Hana H. Eisenstein
Assistant United States Attorney

3