3382  BK: 00076  PG: 00109

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOC # 000003382<br>FILED, RECORDED, INDEXED<br>07/29/2008 10:52A<br>BK: 00076 PG: 00109<br>Tot.Fee: 52  Pages: 2<br>SALEM COUNTY CLERK<br>GILDA T. GILL |
| Plaintiff, | |
| v. | Criminal Action No. 08-105 |
| MATTHEW MINOR | TITLE HELD IN THE NAME OF:<br>**AL-MAUN CORPORATION** |
| Defendant. | |

### NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware against the defendant, Matthew Minor (a/k/a "Mustafaa Al-Salafi"; "Staf"; "Mo") by an Indictment seeking the forfeiture of said defendants' interest in the real property listed herein, to the United States pursuant to Title 21, U.S.C. § 853 for violations of Title 21, United States Code Sections 841(a)(1); (b)(1)(A) and (b)(1)(C); all in violation of Title 21, United States Code Section 846.

The record owner of the defendant realty is Al-Maun Corporation by virtue of that certain warranty deed to Al-Maun Corporation, recorded in the public records of Salem County, New Jersey, on December 20, 2007.

The following property to be affected by this suit commonly known as:

> **75 South Broad Street, Penns Grove, New Jersey, more particularly described as: Block No. 68; Lot Nos. 6 and 6.01 the Borough of**

1

3382 BK= 00076 PG= 00110

Penns Grove Tax Map, Deed Book 01299, Pages 00076 through 00079.

The indictment in the above entitled action was filed on July 10, 2008 in the Office of the Clerk of the United States District Court for the District of Delaware.

                    COLM F. CONNOLLY
                    United States Attorney

BY: /s/ Hana H. Eisenstein
      Hana H. Eisenstein
      Assistant United States Attorney
      1007 N. Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      (302) 573-6277

Dated: July 28, 2008

The foregoing instrument was acknowledged before me this 28th day of July, 2008.

/s/ Barbara D. Lotharp
Barbara D. Lotharp

BARBARA D. LOTHARP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 8, 2010

Penns Grove Tax Map, Deed Book 01299, Pages 00076 through 00079.

The indictment in the above entitled action was filed on July 10, 2008 in the Office of the Clerk of the United States District Court for the District of Delaware.

                      COLM F. CONNOLLY
                      United States Attorney

BY: _____
     Hana H. Eisenstein
     Assistant United States Attorney
     1007 N. Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, Delaware 19899-2046
     (302) 573-6277

Dated: July 28, 2008

The foregoing instrument was acknowledged before me this 28th day of July, 2008.

_____
Barbara D. Lotharp

BARBARA D. LOTHARP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 8, 2010

2